UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES DES ROCHES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA PHYSICIANS' SERVICE, et al.,<br><br>　　　　　Defendants. | Case No. 5:16-cv-02848-LHK (HRL)<br><br>**INTERIM ORDER RE DISCOVERY DISPUTE JOINT REPORT NO. 5**<br><br>Re: Dkt. No. 156 |

In Discovery Dispute Joint Report #5, the plaintiffs seek an order compelling defendants to respond (or, respond further) to their Requests for Admission ("RFAs"). The parties did not submit to the court either the RFAs or the defendants' responses. The court wants to see them, and plaintiffs shall provide them to chambers forthwith.

SO ORDERED.

Dated: August 15, 2017

HOWARD R. LLOYD
United States Magistrate Judge