1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CHARLES DES ROCHES, et al., | Case No. 5:16-cv-02848-LHK (HRL) |
|---|---|
| Plaintiffs, | |
| v. | **ORDER SETTING HEARING RE DISCOVERY DISPUTE JOINT REPORT NO. 5** |
| CALIFORNIA PHYSICIANS' SERVICE, et al., | Re: Dkt. No. 156 |
| Defendants. | |

On Tuesday, September 26, 2017 at 10:00 a.m. the court will hold a hearing re Discovery Dispute Joint Report No. 5.

SO ORDERED.

Dated: September 18, 2017

_____
HOWARD R. LLOYD
United States Magistrate Judge